IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CORNERSTONE WARRINGTON, INC., CORNERSTONE HEALTH & FITNESS LP, CORNERSTONE NEW HOPE LP, CONEHOPA, LLC and THE EVENT CENTER BY CORNERSTONE,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>THE CINCINNATI INSURANCE COMPANY,<br><br>　　　　Defendant. | Civil Action No. 2:20-cv-02398-MMB |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs Cornerstone Warrington, Inc., Cornerstone Health & Fitness LP, Cornerstone New Hope LP, Conehopa, LLC and The Event Center by Cornerstone (collectively "Cornerstone" or "Plaintiffs"), by and through their undersigned counsel, submits the following supplemental authority which is relevant to its opposition to the Motion to Dismiss pursuant to Rule 12(b)(6) filed by Defendant The Cincinnati Insurance Company ("Defendant"):  On August 12, 2020, the United States Judicial Panel on Multidistrict Litigation issued an Order denying motions pursuant to 28 U.S.C. § 1407 for centralization of a number of cases involving coverage for business interruption losses caused by the COVID-19 pandemic and the related government orders in **In Re: COVID-19 Business Interruption Protection Insurance Litigation MDL No. 2942**. The Judicial Panel did, however, issue an Order to Show Cause why cases against individual defendants including defendant in this case should not be referred to an MDL.

The Order, attached hereto as Exhibit "A", is relevant to the issues raised in the Motion to Dismiss.

1592305.1

Dated: <u>**August 13, 2020**</u>        Respectfully submitted,

                                                **SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.**

                              **By:**   <u>*/s/ Alan C. Milstein*</u>
                                              **Alan C. Milstein**
                                              **Jeffrey P. Resnick**
                                              **308 Harper Drive, Suite 200**
                                              **Moorestown, NJ 08057**
                                              **Telephone: 856-662-0700**
                                              **Facsimile: 856-488-4744**
                                              *Attorneys for Plaintiffs*