IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CORNERSTONE WARRINGTON, INC., CORNERSTONE HEALTH & FITNESS LP, CORNERSTONE NEW HOPE LP, CONEHOPA, LLC and THE EVENT CENTER BY CORNERSTONE,<br><br>Plaintiffs,<br><br>v.<br><br>THE CINCINNATI INSURANCE COMPANY,<br><br>Defendant. | Civil Action No. 2:20-cv-02398-MMB |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Cornerstone Warrington, Inc., Cornerstone Health & Fitness LP, Cornerstone New Hope LP, Conehopa, LLC and The Event Center by Cornerstone hereby appeal to the United States Court of Appeals for the Third Circuit from the Order of the Honorable Michael M. Baylson, U.S.D.J. granting Defendant The Cincinnati Insurance Company's Motion to Dismiss, dated March 30, 2021.

Respectfully submitted,

SHERMAN, SILVERSTEIN, KOHL,
ROSE & PODOLSKY, P.A.

DATE: April 12, 2021    By:    /s/ Alan C. Milstein
Alan C. Milstein
308 Harper Drive, Suite 200
Moorestown, NJ 08057
Telephone: 856-662-0700
Facsimile: 856-661-2068
*Attorneys for Plaintiffs*

2689656.1