# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 21-1732

Cornerstone Warrington Inc, et al v. Cincinnati Insurance Co

(E.D. Pa. No.: 2-20-cv-02398)

**ORDER**

Pursuant to Fed. R. App. P. 3(a) and 3rd Cir. Misc. LAR 107.2(b), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellants failed to file a brief and appendix as directed. It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: January 10, 2025
CJG/cc: Alan C. Milstein, Esq.
Lawrence M. Silverman, Esq.

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate